(114 So. 891)

**Ellis ROBERTS, Wilson Howell, and Ewell Roberts v. STATE. (7 Div. 777.)**

Supreme Court of Alabama. Oct. 13, 1927.

Rehearing Denied Jan. 12, 1928. Further Rehearing Denied April 5, 1928.

Certiorari to Court of Appeals.

Hugh Walker, of Anniston, for petitioners. Charlie C. McCall, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Ellis Roberts, Wilson Howell, and Ewell Roberts for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Roberts et al. v. State, 114 So. 890.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.